UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:
PIAZZA, MATTHEW AARON
PIAZZA, SUZANNE MARIE
                Debtor(s)

CASE NO. 08-22388
Chapter 7

### NOTICE OF DEPOSIT OF LESS THAN $5.00 TO UNITED STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT

TO: THE HONORABLE J. PHILIP KLINGEBERGER:

Comes now Gordon E. Gouveia, Trustee and applies to the Court as follows:

1. I am the Trustee for the estate of the above-named Debtor(s).

2. Pursuant to FRBP 3011, the following creditors are entitled to distribution of less than $5.00 each.

    Claim #7 Pathology Consultants, Inc, c/o Komyatte & Casbon PC,
       9650 Gordon Drive, Highland, IN 46322                                 $ 1.50

3. Pursuant to FRBP 3010 the distributions shown in paragraph 2 are to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein and accordingly I am tendering herewith my Check No.111 in amount of $1.50 payable to the Clerk, U.S. Bankruptcy Court..

Dated in Merrillville, IN on March 24, 2010

/s/ Gordon E. Gouveia
Gordon E. Gouveia, Trustee
433 W. 84th Drive
Merrillville, IN 46410
(219) 736-6020

### CERTIFICATE OF SERVICE

I certify that on this date service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:

United States Trustee, 100 E. Wayne St., Ste. 555, South Bend, IN 46601
Pathology Consultants, Inc, c/o Komyatte & Casbon PC, 9650 Gordon Drive, Highland, IN 46322

Dated: March 24, 2010

/s/ Gordon E. Gouveia
Gordon E. Gouveia, Trustee